

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2022

No. 04-22-00808-CV

**IN RE SWIFT TRANSPORTATION CO. OF ARIZONA, LLC AND TRANSMEX INC., S.A. DE C.V.**

Original Proceeding[1]

### ORDER

On December 1, 2022, Relator filed a petition for writ of mandamus. Relator also filed an emergency motion to stay a discovery order pending final resolution of the petition for writ of mandamus. After considering the petition and this record, this court concludes Relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relator's emergency motion for stay is **DENIED** as moot.

It is so **ORDERED** on December 7, 2022.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2022.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2020CVA001479D1, styled *Berta Idaly Delgado De Mercado, as Permanent Administrator of Salvador Mercado Delgado and A/N/F of Kenya Camila Mercado Delgado and Hector Salvador Mercado Delgado, Minors v. Juan Gamboa, Transmex Inc, S.A. DE C.V. and Swift Transportation Co. of Arizona, LLC, and Swift Transportation Services, LLC*, pending in the 49th Judicial District Court, Webb County, Texas, the Honorable Joe Lopez presiding.